Neftalí Vidal, representado por su madre con patria potestad, Juana Garrastazú Vda. de Vidal, demandante y apelante, v. Carlos Ponce de León, demandado y apelado.

No. 4488.—*Sometido:* Diciembre 20, 1928. *Resuelto:* Junio 21, 1929.

*A. Ramírez Silva,* abogado del apelante; *Benet & Souffront,* abogados del apelado.

## Sentencia

Por la corte, a propuesta del Juez Asociado Señor Wolf.

Por cuanto de la lectura de la prueba y de la opinión de la corte inferior hemos llegado al convencimiento de que el accidente ocurrido en este caso se debió únicamente a haber el demandante virado repentinamente su bicicleta, y no a negligencia alguna del demandado al conducir su automóvil o por dejar de dar aviso o de aprovecharse de la última oportunidad expedita para evitar el daño;

Por cuanto aunque la corte sentenciadora se equivocó al ordenar que se hiciera un examen físico del demandante, según lo hemos resuelto en el caso de *Aponte* v. *Corte de Distrito de Mayagüez,* 38 D.P.R. 673, sin embargo, tal examen sólo envolvía la cuestión de los daños y perjuicios, cuestión que no cabe en este caso;

Por tanto, no habiéndose cometido ningún error perjudicial, se confirma la sentencia apelada que dictó la Corte de Distrito de Mayagüez con fecha 26 de mayo de 1927, en el caso arriba titulado.